**FILED**

1  BENJAMIN B. WAGNER
United States Attorney

2  KEVIN C. KHASIGIAN
Assistant U. S. Attorney

3  501 I Street, Suite 10-100
Sacramento, CA  95814

4  Telephone:  (916) 554-2700

5  Attorneys for the United States

NOV 0 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12        Plaintiff,

13     v.

14  ALL FUNDS MAINTAINED AT JP MORGAN
CHASE BANK BUSINESS CHECKING ACCOUNT

15  NUMBER 112992330, HELD IN THE NAME OF
BENJAMIN B. ROZENBERG, DBA: MIDNITE

16  EVENTS, IN AN AMOUNT UP TO AND
INCLUDING $87,575,

17

18  ALL FUNDS MAINTAINED AT JP MORGAN
CHASE BANK BUSINESS SAVINGS ACCOUNT

19  NUMBER 2906193650, HELD IN THE NAME OF
BENJAMIN B. ROZENBERG, DBA: MIDNITE
EVENTS, IN AN AMOUNT UP TO AND

20  INCLUDING $8,033,

21  ALL FUNDS MAINTAINED AT JP MORGAN
CHASE BANK PERSONAL CHECKING ACCOUNT

22  NUMBER 112992030, HELD IN THE NAME OF
BENJAMIN B. ROZENBERG, IN AN AMOUNT UP

23  TO AND INCLUDING $57,950, AND

24  ALL FUNDS MAINTAINED AT JP MORGAN
CHASE BANK PERSONAL SAVINGS ACCOUNT

25  NUMBER 2906027380, HELD IN THE NAME OF
BENJAMIN B. ROZENBERG, IN AN AMOUNT UP

26  TO AND INCLUDING $11,433,

27        DEFENDANTS.

28

2:13-SW-0333-CKD
2:13-SW-0334-CKD
2:13-SW-0335-CKD
2:13-SW-0336-CKD

ORDER RE: REQUEST TO
UNSEAL DOCUMENTS

1

Order Re: Request to Unseal
Documents

1         Upon application of the United States of America and good cause having been

2   shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

3   affidavit in the above captioned proceeding be and are hereby unsealed.

4   Date: _11/1/13_

                                          _Dale A. Drozd_

5                                          DALE A. DROZD

6                                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2